**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

TOMICHO MCDOWELL                                                                          PLAINTIFF

v.                                            NO. 2:15CV00064 JLH

MIDLAND FUNDING, LLC                                                              DEFENDANT

## <u>ORDER</u>

The motion to dismiss filed by plaintiff Tomicho McDowell is GRANTED.  Document #14.

This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 6th day of January, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE